# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR PETLINSKY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; and DOES 1 to 20, Inclusive,<br><br>Defendant(s) | **Case No.: 219-CV-01887-WBS-CKD**<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:** January 21, 2020<br>**Time:** 1:30 p.m.<br>**Location:** Courtroom 5<br>**Judge:** Hon. Senior Judge William B. Shubb |

**TO THIS HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

*PLEASE TAKE NOTICE* that on January 9, 2020, the parties in this matter referenced herein have stipulated to continue the Case Management Conference, scheduled for January 21, 2020, at 1:30 p.m. to **May 11, 2020 at 1:30 p.m.**

///

///

///

---

PETLINSKY V. GM.　　　　　　　　　　　　　　　　ORDER TO CONTINUE CMC

1

# ORDER

1. Pursuant to the stipulation of the parties, the Case Management Conference scheduled for January 21, 2020, is continued to **May 11, 2020 at 1:30 p.m.**

2. A joint status report shall be filed no later than **April 27, 2020.**

**IT IS SO ORDERED**.

Dated: January 13, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE