```
Rene J. Dupart (SBN 289956)
LAW OFFICES OF JON JACOBS
1 Ridgegate Drive, Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
rene@lemonbuyback.com

Attorneys for Plaintiff
VLADMIR PETLINSKY
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADMIR PETLINSKY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company and DOES 1 to 20, Inclusive<br><br>Defendants. | CASE NO.: 2:19-cv-01887-WBS-CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

### **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: June 23, 2020                                   LAW OFFICES OF JON JACOBS

/s/ Rene J. Dupart
Rene J. Dupart
Attorneys for Plaintiff
VLADMIR PETLINSKY

Dated: June 23, 2020                                   THE ERSKINE LAW GROUP, PC

/s/ Jonathan M. Shugart (auth on 6/23/20)
Jonathan M. Shugart
Attorneys for Defendant
GENERAL MOTORS LLC

**ORDER**

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

**Dated:  June 24, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE